# United States Court of Appeals
## For the First Circuit

Nos. 17-1311, 17-1817

J.S., individually and as parent and legal guardian of M.S., a minor; T.S., individually and as parent and legal guardian of M.S., a minor,

Plaintiffs, Appellees,

v.

THE WESTERLY SCHOOL DISTRICT; THE WESTERLY PUBLIC SCHOOLS,

Defendants, Appellants,

THE STATE OF RHODE ISLAND DEPARTMENT OF EDUCATION,

Defendant.

**ERRATA SHEET**

The opinion of this court issued on December 6, 2018, is amended as follows:

On page 2, line 13, replace "forego" with "forgo."